IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

FRANCISCO DIAZ,

      Appellant,

v.

      Case No. 5D23-1018
      LT Case No. 2019-CF-000271

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 8, 2023

3.800 Appeal from the Circuit Court
for Hernando County,
Stephen E. Toner, Jr., Judge.

Francisco Diaz, Madison, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


EDWARDS, C.J., JAY and HARRIS, JJ., concur.